No. 00–6971.  OVERSON v. AYERS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–6975.  ANTONIO LOMAS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 00–6976.  JONES v. APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 4th Cir.  Certiorari denied.

No. 00–6978.  LOCKLAIR v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 00–6979.  LOPEZ v. LYTLE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–6986.  ROMERO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 00–6994.  PAYNE-EL v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 00–7002.  ORGAN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–7005.  ROMERO-GONZALEZ v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–7013.  BURKHARDT v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–7016.  SIEMSEN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 00–7017.  STEELE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–7018.  SORENSEN v. WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 00–7020.  SMITH v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 00–7023.  WILSON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.